IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>MYODA COMPUTER CENTER, INC., an Illinois corporation f/k/a MYODA COMPUTER CENTERS, INC. d/b/a MYODA COMPUTER CENTERS; and CHARLES CHENG, an individual,<br><br>                            Defendants. | Case No.<br>FILED:  JUNE 9 , 2008<br>08CV3299<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE SCHENKIER<br>NF |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Plaintiff Microsoft Corporation ("Microsoft"), by its undersigned counsel, and pursuant to Local Rule 3.4 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby provides the information the Clerk is required to forward to the Commissioner pursuant to 15 U.S.C. § 1116(c).

**Names and Addresses of Litigants**:

**Plaintiff**:  Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

**Defendants**:  Myoda Computer Center, Inc.
1070 N. Roselle Road, Suite 101
Hoffman Estates, IL 60169

Charles Cheng
1070 N. Roselle Road, Suite 101
Hoffman Estates, IL 60169

99999-1362/LEGAL14355301.1

**Trademark Registration Numbers**:

| Mark | Reg. No. |
| --- | --- |
| "MICROSOFT" | 1,200,236 |
| "MICROSOFT" | 1,256,083 |
| "POWERPOINT" | 1,475,795 |
| "MICROSOFT ACCESS" | 1,741,086 |
| "OUTLOOK" | 2,188,125 |
| COLOR FOUR SQUARE LOGO | 2,999,281 |

Dated: June 9, 2008

Respectfully submitted,

MICROSOFT CORPORATION

By:     /s/ Todd Church
              One of Its Attorneys

Eric D. Brandfonbrener
Todd M. Church
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
(312) 324-8400 -- telephone
(312) 324-9400 -- facsimile

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 9, 2008, he served a true and complete copy of the foregoing **Notice of Claims Involving Trademarks** upon the following parties by process server:

Myoda Computer Center, Inc.
1070 N. Roselle Road, Suite 101
Hoffman Estates, IL 60169

Charles Cheng
1070 N. Roselle Road, Suite 101
Hoffman Estates, IL 60169

/s/ Todd Church
Todd Church