IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>-v-<br><br>MYODA COMPUTER CENTER, INC., an Illinois corporation f/k/a MYODA COMPUTER CENTERS, INC. d/b/a MYODA COMPUTER CENTERS; and CHARLES CHENG, an individual,<br><br>　　　　　　　Defendants. | Case No. 08 cv 3299<br><br>Judge James B. Zagel<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:　Myoda Computer Center, Inc.
　　　1070 N. Roselle Road, Suite 101
　　　Hoffman Estates, IL 60169

　　　Charles Cheng
　　　1070 N. Roselle Road, Suite 101
　　　Hoffman Estates, IL 60169

　　**PLEASE TAKE NOTICE** that on Thursday July 31 at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Room 2503 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Verified Motion for Entry of Default Against Defendants Myoda Computer Center, Inc. and Charles Cheng**, a copy of which is hereby served upon you.

Dated: July 22, 2008

　　　　　　　　　　　　　　　　　　　　　MICROSOFT CORPORATION


　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Todd M. Church*
　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

41826-5259/LEGAL14496546.1

Eric D. Brandfonbrener
Todd M. Church
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
(312) 324-8400 -- telephone
(312) 324-9400 – facsimile

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on July 22, 2008, he served a true and complete copy of the **NOTICE OF MOTION** and **PLAINTIFF MICROSOFT CORPORATION'S VERIFIED MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MYODA COMPUTER CENTER, INC. AND CHARLES CHENG** to be served by Federal Express overnight delivery upon:

Myoda Computer Center, Inc.
1070 N. Roselle Road, Suite 101
Hoffman Estates, IL 60169

Charles Cheng
1070 N. Roselle Road, Suite 101
Hoffman Estates, IL 60169

/s/ Todd M. Church