IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION

| | |
|---|---|
| Microsoft Corporation, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| V. | ) No. 08 CV 3299 |
| | ) |
| Myoda Computer Center, Inc. and | ) Judge Zagel |
| Charles Cheng, | ) Mag. Judge Schenkier |
| | ) |
|    Defendants | ) |

NOTICE OF MOTION

To:  Mr. Todd Church
     Perkins Coie LLP
     131 South Dearborn Street – Suite 1700
     Chicago, Il   60603-5559
     Fax Number: 312-324-9400

     Please take notice that on Thursday, July 31, 2008 at 10:15 AM or as soon thereafter as counsel may be heard, we shall appeara before the Honorable Judge James B. Zagel or any judge sitting in his stead, in Room 2503 of the United Sistates District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached Joint Motion a copy of which is hereby served upon you.

                                                                                          _____

CIARDELLI AND CUMMINGS
19 West Jackson Boulevard, #300
Chicago, Illinois   60604
Phone: (312) 346-2522

CERTIFICATE OF SERVICE

      The Undersigned states that on the 29th day of July, 2008 a true and correct copy of the above captioned Joint Motion was faxed to Mr. Todd Church at his fax number so listed before the hour of 4:00P. M.

_____

SUBSCRIBED AND SWORN TO
Before me this 29th day of July, 2008.

_____ Notary Public