UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Microsoft Corporation, a Washington Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) No. 08 CV 3299 ) Judge St. Eve |
| Myoda Computer Center, Inc. et al. | ) Mag. Judge Schenkier ) |
| Defendants. | ) ) ) |

ANSWER TO COMPLAINT

Now comes the Defendant, Myoda Computer Center, Inc., an Illinois Corporation, fka Myoda Computer Ceners, Inc., dba Myoda Computer Centers and Charles Cheng, an individual, by and through their Attorneys, Ciardelli and Cummings, and in answer to the Plaintiff's Complaint states as follows:

1. We admit the allegations contained in Paragraph 1.
2. We admit the allegations contained in Paragraph 2.
3. We admit the first part of Paragraphs 3 but we deny the second half of Paragraph 3.
4. We admit the allegations contained in Paragraph 4.
5. We admit the allegations contained in Paragraph 5.
6. We admit the allegations contained in Paragraph 6.
7. We admit the allegations contained in Paragraph 7.
8. We admit the allegations contained in Paragraph 8.
9. We admit the allegations contained in Paragraph 9.
10. We admit the allegations contained in Paragraph 10 but deny that they sell any imitations of Microsoft products.
11. We admit the allegations contained in Paragraph 11.

12. We admit the allegations contained in Paragraph 12.
13. We deny the allegations contained in Paragraph 13.
14. We deny the allegations contained in Paragraph 14.
15. We deny the allegations contained in Paragraph 15.
16. We deny the allegations contained in Paragraph 16.
17. We deny the allegations contained in Paragraph 17.
18. We deny the allegations contained in Paragraph 18.
19. We reallege and incorporate by this reference each and every allegation set forth in Paragraphs 1 through 18 inclusive.
20. We admit the allegations contained in Paragraph 20.
21. We deny the allegations contained in Paragraph 21.
22. We deny the allegations contained in Paragraph 22.
23. We deny the allegations contained in Paragraph 23.
24. We deny the allegations contained in Paragraph 24.
25. We deny the allegations contained in Paragraph 25.
26. We deny the allegations contained in Paragraph 26.
27. We reallege and incorporate by this reference each and every answer set forth in Paragraphs 1 through 26 inclusive.
28. We deny the allegations contained in Paragraph 28.
29. We neither admit nor deny the allegations contained in Paragraph 29 but demand strict proof thereof.
30. We neither admit nor deny the allegations contained in Paragraph 30 but demand strict proof thereof.
31. We deny the allegations contained in Paragraph 31.
32. We deny the allegations contained in Paragraph 32.
33. We deny the allegations contained in Paragraph 33.
34. We deny the allegations contained in Paragraph 34.
35. We deny the allegations contained in Paragraph 35.
36. We deny the allegations contained in Paragraph 36.
37. We deny the allegations contained in Paragraph 37.

38. We deny that Microsoft is entitled to recover attorney's fees, costs or any recovery at all.

39. We reallege and incorporate by this reference each and every answer set forth in Paragraphs 1 through 38, inclusive.

40. We neither admit nor deny the allegations contained in Paragraph 40 but demand strict proof thereof.

41. We neither admit nor deny the allegations contained in Paragraph 41 but demand strict proof thereof.

42. We neither admit nor deny the allegations contained in Paragraph 42 but demand strict proof thereof.

43. We deny the allegations contained in Paragraph 43.

44. We deny the allegations contained in Paragraph 44.

45. We deny the allegations contained in Paragraph 45.

46. We deny the allegations contained in Paragraph 46.

47. We allege and incorporate by this reference each and every answer set forth in Paragraphs 1 through 46 inclusive.

48. We deny the allegations contained in Paragraph 48.

49. We deny the allegations contained in Paragraph 49.

50. We reallege and incorporate by this reference each and every answer set forth in Paragraphs 1 through 49 inclusive.

51. We deny the allegations contained in Paragraph 51.

52. We deny the allegations contained in Paragraph 52.

53. We deny the allegations contained in Paragraph 53.

54. We deny the allegations contained in Paragraph 54.

55. We reallege and incorporate by this reference each and every answer set forth in Paragraphs 1 through 54, inclusive.

56. We deny the allegations contained in Paragraph 56.

57. We deny the allegations contained in Paragraph 57.

58. We reallege and incorporate by this reference each and every answer set forth in Paragraphs 1 through 57 inclusive.

59. We deny the allegations contained in Paragraph 59.

60. We deny the allegations contained in Paragraph 60.

61. We deny the allegations contained in Paragraph 61.

62. We deny the allegations contained in Paragraph 62.

63. We reallege and incorporate by this reference each and every answer set forth in Paragraphs 1 through 62 inclusive.

64. We deny the allegations contained in Paragraph 64.

65. We deny the allegations contained in Paragraph 65.

66. We deny the allegations contained in Paragraph 66

WHEREFORE, for the above and forgoing reasons, the defendants pray that this law suit so wrongfully instituted be dismissed with costs.


s/ Victor F. Ciardelli


CIARDELLI AND CUMMINGS
19 Wet Jackson Boulevard, #300
Chicago, Illinois 60604
Phone: (312) 346-2522

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Microsoft Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) No. 08 CV 3299 |
| | ) Judge St. Eve |
| Myoda Computer Center, Inc., et al. | ) Mag. Judge Schenkier |
| | ) |
| Defendants. | ) |

NOTICE OF FILING

To: Eric D. Brandfonbrener and Todd M. Church
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, Il   606034 5559

Please take notice that on the 28th day of August, 2008, a true and correct copy of the Defendant's Answer to the Complaint was filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division before the hour of 5:00 P. M.

s/Victor F. Ciardelli

CIARDELLI AND CUMMINGS
19 West Jackson Boulevard, #300
Chicago, Illinois  60604
Phone: (312) 346-2522